ROBERT BOWERS, PETITIONER-RESPONDENT, v. AMER-
ICAN BRIDGE COMPANY, RESPONDENT-APPELLANT.

Argued May 20, 1957—Decided June 3, 1957.

*Mr. Burtis W. Horner* argued the cause for the appellants (*Messrs. Stryker, Tams & Horner,* attorneys).

*Mr. Harry Lane, Jr.,* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Conford in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and WEINTRAUB—6.

*For reversal*—Justice HEHER—1.